

**Entered on Docket
September 03, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

**BRIAN D. SHAPIRO**
Chapter 7 Bankruptcy Trustee
411 E. Bonneville Ave., Suite 300
Las Vegas, NV 89101
(702) 386-8600 Fax (702) 383-0994
trustee@brianshapirolaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Chapter 7 |
|---|---|
| FRANK J. GRECO, | Case No. 09-22406-LBR |
| | **ORDER DISMISSING CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 521(i) AND DISCHARGING TRUSTEE** |
| Debtor(s). | |

The Trustee's Ex Parte Motion for Dismissal of Chapter 7 Case Pursuant to 11 U.S.C. § 521(i) having been heard, no response having been filed, and good cause appearing, it is hereby

ORDERED that this case is hereby dismissed pursuant to 11 U.S.C. § 521(i). It is further

ORDERED that Brian D. Shapiro, Trustee is hereby discharged as Trustee.

SUBMITTED BY:

_____
Brian D. Shapiro, Trustee

###